# United States District Court
## Northern District of New York
### CIVIL JUDGMENT

Robert Davis,
       Petitioner,

    -v-

United States of America,

       Respondent.

Case Number:

1:05cv256(NAM)

[X]  Decision by Court.  This action came to trial or hearing before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** the petitioner was directed in the Memorandum, Decision and Order, dated December 5, 2007, to file an Affidavit with the Court by January 5, 2008. The petitioner was advised if "Davis fails to timely file such affidavit that this action be dismissed".  No such Affidavit has been filed with the Court, and it is further

**IT IS ORDERED AND ADJUDGED,** The  action is dismissed for failure to comply with the terms of the Memorandum, Decision and Order of Chief United States District Court Judge, Norman A. Mordue dated December 5, 2007.

All of the above pursuant to an Memorandum, Decision and Order of Chief United States District Court Judge, Norman A. Mordue dated December 5, 2007.

Lawrence K. Baerman, Clerk

Dated: February 8, 2008

*Laurence K. Baerman*
Clerk of Court

s/

Marie N. Marra, Deputy Clerk